G. Blair McCune
Attorney at Law
425 G St., Suite 620
Anchorage, Alaska 99501-2137
Tel. (907) 644-8568
Fax (907) 644-9008
E-mail: mccune@gci.net

Attorney for Defendant

FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 22 AM 10: 35

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> SANTOS A. BATISTA, ) <br> ) <br> Defendant. ) <br> _____) | Case No.  A02-0103-31 CR (HRH) <br><br> **UNOPPOSED MOTION FOR EXTENSION TO FILE AMENDED PETITION SUPPORTING 28 U.S.C. § 2255 MOTION** |

Defendant, Santos A. Batista, by counsel G. Blair McCune, Attorney at Law, moves this court for an extension of time within which to file an amended petition supporting Mr. Batista's 28 U.S.C. § 2255 motion to vacate. The amended petition or voluntary dismissal is currently due on or before December 30, 2005. Counsel is requesting an extension of thirty-five (35) days or until February 3, 2006.

This motion is supported by the attached affidavit of counsel. The Government's answer or other responsive pleading is currently due on January 30, 2006. If this motion is granted, it would be appropriate for the Government to have a 35-day extension as well. With such an extension the Government's response would be due on

1194

March 8, 2006.

The Government does not oppose this motion.

DATED at Anchorage, Alaska December 22, 2005.

RESPECTFULLY SUBMITTED,

G. BLAIR McCUNE
Attorney for Defendant

G. Blair McCune
Attorney at Law
425 G. St., Suite 620
Anchorage, AK 99501-2137
Tel. (907) 644-8568, Fax (907) 644-9008
Email: mccune@gci.net

G. Blair McCune
Attorney at Law
425 G St., Suite 620
Anchorage, Alaska 99501-2137
Tel. (907) 644-8568
Fax (907) 644-9008
E-mail: mccune@gci.net

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No.   A02-0103-31 CR (HRH) |
| Plaintiff, | ) | |
| | ) | **AFFIDAVIT OF COUNSEL** |
| vs. | ) | |
| | ) | |
| SANTOS A. BATISTA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

| | | |
|---|---|---|
| STATE OF ALASKA | ) | |
| | ) ss. | |
| THIRD JUDICIAL DISTRICT | ) | |

G. Blair McCune, being first duly sworn, deposes and says:

1. I am the attorney assigned to represent the Defendant in the above-styled case. The facts set out in the Unopposed Motion for Extension to File Amended Petition Supporting 28 U.S.C. § 2255 Motion to Vacate are true to the best of my knowledge.

2. The reason I am requesting an extension is to give me an opportunity to review the trial attorney's file and to consult with Mr. Batista concerning the amended petition.

3. I contacted Mr. Hugh Fleischer, Mr. Batista's former attorney, shortly after

I filed my entry of appearance in this case on December 15, 2005. I requested that he provide me Mr. Batista's file. Mr. Fleischer needed to retrieve the file from his archives. Mr. Fleischer telephoned me on December 21, 2005 and said he had the file available at his office. I made plans to pick up the file the next day. I understand the file it is quite large, and it will take me some time to review it.

4. In the meantime, I have been working diligently on the case. I reviewed Mr. Batista's lengthy *pro se* motion and have done some preliminary research. I sent a lengthy letter to Mr. Batista going over the issues in the case. Mr. Batista is incarcerated at FCI Fort Dix, New Jersey. Therefore, it will take some time for my letter to reach him. I have requested that he telephone me after he receives my letter.

5. Another reason for this extension request is that I have an opening brief due on January 3, 2006 in the Ninth Circuit in *United States v. Cheng Koy Saechao*, No. 05-35759.

6. On December 22, 2005 I received a voicemail message from Mr. Jim Barkley, Assistant United States Attorney. Mr. Barkley said that the Government did not oppose this extension request.

G. Blair McCune
Attorney for Defendant

SUBSCRIBED AND SWORN to before me December 22, 2005.

Notary Public in and for Alaska
My commission expires:

G. Blair McCune
Attorney at Law
425 G. St., Suite 620
Anchorage, AK 99501-2137
Tel. (907) 644-8568, Fax (907) 644-9008
Email: mccune@gci.net

Certification

I certify that on December 22, 2005
I delivered a copy of the **UNOPPOSED MOTION FOR EXTENSION TO FILE AMENDED PETITION SUPPORTING 28 U.S.C. § 2255 MOTION TO VACATE** to:

Mr. Jim Barkley
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK 99513-7567

*[signature]*
G. Blair McCune

G. Blair McCune
Attorney at Law
425 G. St., Suite 620
Anchorage, AK 99501-2137
Tel. (907) 644-8568, Fax (907) 644-9008
Email: mccune@gci.net