FILED
DEC 23 2005
UNITED STATES DISTRICT COURT
DEC 21 2005
UNITED STATES DISTRICT OF ALASKA
By_____ Deputy

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.   A02-0103-31 CR (HRH) |
| Plaintiff, ) | |
| ) | **ORDER GRANTING EXTENSION** |
| vs. ) | |
| ) | |
| SANTOS A. BATISTA, ) | |
| ) | |
| Defendant. ) | |

Based on the Defendant's Unopposed Motion for Extension to File Amended Petition Supporting 28 U.S.C. § 2255 Motion to Vacate and this Court being fully advised

IT IS HEREBY ORDERED that Defendant's Motion is GRANTED, and Defendant shall have until on or before February 3, 2006 within which to file an amended § 2255 petition or voluntary dismissal. The Government's response will be due on or before March 8, 2006.

DATED AND ENTERED this 23 day of December, 2005

_____
Hon. John D. Roberts
United States Magistrate Judge

G. Blair McCune
Attorney at Law
425 G. St., Suite 620
Anchorage, AK 99501-2137
Tel. (907) 644-8568, Fax (907) 644-9008
Email: mccune@gci.net

A02-0103--CR (HRH)     pm 12-23-05
----------------------------------------
✓ G. MCCUNE
✓ T. BRADLEY (USA)

1195