G. Blair McCune
Attorney at Law
425 G St., Suite 620
Anchorage, Alaska  99501-2137
Tel. (907) 644-8568
Fax (907) 644-9008
E-mail: mccune@gci.net

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,                )<br>                                                             )<br>                   Plaintiff,        )<br>                                                             )<br>   vs.                                             )<br>                                                             )<br>SANTOS A. BATISTA,                            )<br>                                                             )<br>                  Defendant.      )<br>                                                             ) | Case No.   A02-0103-31 CR (HRH)<br><br>**UNOPPOSED MOTION FOR EXTENSION TO FILE AMENDED PETITION -- SECOND MOTION** |

Defendant, Santos A. Batista, by counsel G. Blair McCune, Attorney at Law, moves this court for an additional extension of time within which to file an amended petition supporting Mr. Batista's 28 U.S.C. § 2255 motion to vacate.  Defendant has been granted one previous 35-day extension.  The amended petition or voluntary dismissal is currently due on or before February 3, 2006.  Counsel is requesting an extension of twenty-one (21) days or until February 24, 2006.

This motion is supported by the attached declaration of counsel.  The Government's answer or other responsive pleading is currently due on March 8, 2006.  If this motion is granted, it would be appropriate for the Government to have a 21-day extension as

well.  With such an extension the Government's response would be due on March 29, 2006.

The Government does not oppose this motion.

DATED at Anchorage, Alaska February 2, 2006.

RESPECTFULLY SUBMITTED,

    s/ G. Blair McCune
G. BLAIR McCUNE
Attorney for Defendant
425 G St., Suite 620
Anchorage, Alaska  99501-2137
Tel. (907) 644-8568
Fax (907) 644-9008
E-mail: mccune@gci.net
Alaska Bar No. 7906037

Certification

I certify that on February 2, 2006 a copy of the foregoing
**UNOPPOSED MOTION FOR EXTENSION TO FILE AMENDED PETITION -- SECOND MOTION**
was served electronically on:

Mr. James Barkley
Assistant United States Attorney

    s/ G. Blair McCune
G. Blair McCune

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>SANTOS A. BATISTA, )<br>)<br>Defendant. )<br>) | Case No.    A02-0103-31 CR (HRH)<br><br>**PROPOSED ORDER GRANTING<br>SECOND EXTENSION** |

      Based on the Defendant's Unopposed Motion for Extension to File Amended Petition -- Second Motion and this Court being fully advised

      IT IS HEREBY ORDERED that Defendant's Motion is GRANTED, and Defendant shall have until on or before February 24, 2006 within which to file an amended § 2255 petition or voluntary dismissal. The Government's response will be due on or before March 29, 2006.

      DATED AND ENTERED this ____ day of _____, 200__.


                                                                            _____<br>
                                                                            Hon. John D. Roberts<br>
                                                                            United States Magistrate Judge