G. Blair McCune
Attorney at Law
425 G St., Suite 620
Anchorage, Alaska  99501-2137
Tel. (907) 644-8568
Fax (907) 644-9008
E-mail: mccune@gci.net
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No.     A02-0103-31 CR (HRH) |
| Plaintiff, | ) | |
| | ) | **DECLARATION OF COUNSEL** |
| vs. | ) | |
| | ) | |
| SANTOS A. BATISTA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| STATE OF ALASKA | ) | |
| | ) ss. | |
| THIRD JUDICIAL DISTRICT | ) | |

  G. Blair McCune, pursuant to 28 U.S.C. § 1746, declares as follows:

  1.  I am the attorney assigned to represent the Defendant in the above-styled case.  The facts set out in the Unopposed Motion for Extension to File Amended Petition -- Second Motion are true to the best of my knowledge.

  2.  The main reason I am requesting a second extension is because I have not been able to obtain the complete trial attorney's file from Mr. Batista's former attorney.

  3.  I contacted Mr. Hugh Fleischer, Mr. Batista's former attorney, shortly after I filed my entry of appearance in this case on December 15, 2005.  I requested that he provide me Mr. Batista's file.  Mr. Fleischer needed to retrieve the file from his archives.  I

picked up a file from Mr. Fleischer on December 22, 2005.  Unfortunately, the file was not complete.  The file did not contain important sentencing and appeal documents and materials.  I need these materials to file the amended petition.

       4.  I e-mailed Mr. Fleischer about this problem on December 22nd.  Mr. Fleischer was very busy and the holiday season was approaching, so he did not have an opportunity to check with his archives and retrieve the missing materials.  I sent another e-mail in mid-January to Mr. Fleischer as a reminder.  Mr. Fleischer e-mailed me back on January 25, 2006.  He said that he had to be out of town and on his return he had a petition for certiorari that he needed to file.  However, following those matters Mr. Fleischer said he would make a concerted effort to find the missing files.  I am certain Mr. Fleischer is doing his best given his busy schedule to obtain the files for me.

       5.  Despite not having the files, I have been doing as much as I could on the case.  Mr. Batista and I have exchanged letters.  We have also spoken on the telephone.  I have researched several of the issues involved.  I have also discussed with Mr. Batista the issues that I intend to include in the amended petition.

      6.  I spoke on the telephone on February 2, 2006 with Mr. James Barkley,

//
//
//
//
//
//

Assistant United States Attorney.  Mr. Barkley said that the Government did not oppose this extension request.

  I declare under penalty of perjury that the foregoing is true and correct.  Executed on: February 2, 2006.

        _____s/ G. Blair McCune_____
        G. Blair McCune
        Attorney for Defendant
        425 G St., Suite 620
        Anchorage, Alaska  99501-2137
        Tel. (907) 644-8568
        Fax (907) 644-9008
        E-mail: mccune@gci.net
        Alaska Bar No. 7906037