G. Blair McCune
Attorney at Law
425 G St., Suite 620
Anchorage, Alaska  99501-2137
Tel. (907) 644-8568
Fax (907) 644-9008
E-mail: mccune@gci.net

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                                       )<br>                       Plaintiff,      )<br>                                                       )<br>vs.                                                 )<br>                                                       )<br>SANTOS A. BATISTA,                 )<br>                                                       )<br>                       Defendant.   )<br>_____) | Case No.    A02-0103-31 CR (HRH)<br><br>**UNOPPOSED MOTION FOR EXTENSION TO FILE AMENDED PETITION -- THIRD MOTION** |

      Defendant, Santos A. Batista, by counsel G. Blair McCune, Attorney at Law, moves this court for an additional extension of time within which to file an amended petition supporting Mr. Batista's 28 U.S.C. § 2255 motion to vacate. Defendant has requested previous extensions totaling 56 days. In his last request, Defendant asked that he be allowed to file an amended petition or voluntary dismissal on or before February 24, 2006. Counsel is now requesting an additional extension of forty-two (42) days or until April 7, 2006.

      This motion is supported by the attached declaration of counsel. The Government's answer or other responsive pleading is currently due on March 29, 2006. If this motion is granted, it would be appropriate for the Government to have a 42-day

extension as well.  With such an extension the Government's response would be due on May 12, 2006.

The Government does not oppose this motion.

DATED at Anchorage, Alaska February 24, 2006.

RESPECTFULLY SUBMITTED,


    \_\_\_\_s/ G. Blair McCune\_\_\_\_
G. BLAIR McCUNE
Attorney for Defendant
425 G St., Suite 620
Anchorage, Alaska  99501-2137
Tel. (907) 644-8568
Fax (907) 644-9008
E-mail: mccune@gci.net
Alaska Bar No. 7906037

Certification

I certify that on February 24, 2006 a copy of the foregoing
**UNOPPOSED MOTION FOR EXTENSION TO FILE AMENDED PETITION -- SECOND MOTION**
was served electronically on:

Mr. Thomas C. Bradley
Assistant United States Attorney

And a copy was also sent by regular US mail to:

Mr. James Barkley
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK 99513-7567


\_\_\_\_s/ G. Blair McCune_____
G. Blair McCune

*U.S. v. Santos Batista*　　　　　　　　　　　　　*Page 2*
*Third Motion for Extension*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>            Plaintiff,           )<br>                              )<br>    vs.                       )<br>                              )<br>SANTOS A. BATISTA,             )<br>                              )<br>            Defendant.         )<br>_____) | Case No.    A02-0103-31 CR (HRH)<br><br>**PROPOSED ORDER GRANTING<br>THIRD EXTENSION** |

    Based on the Defendant's Unopposed Motion for Extension to File Amended Petition -- Third Motion and this Court being fully advised

    IT IS HEREBY ORDERED that Defendant's Motion is GRANTED, and Defendant shall have until on or before April 7, 2006 within which to file an amended § 2255 petition or voluntary dismissal.  The Government's response will be due on or before May 12, 2006.

    DATED AND ENTERED this ____ day of _____, 200__.


                                                                _____<br>
                                                                 Hon. John D. Roberts<br>
                                                                  United States Magistrate Judge