G. Blair McCune
Attorney at Law
425 G St., Suite 620
Anchorage, Alaska  99501-2137
Tel. (907) 644-8568
Fax (907) 644-9008
E-mail: mccune@gci.net
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                                        )<br>                        Plaintiff,        )<br>                                                        )<br>        vs.                                         )<br>                                                        )<br> SANTOS A. BATISTA,                  )<br>                                                        )<br>                        Defendant.     )<br>_____) | Case No.     A02-0103-31 CR (HRH)<br><br>**DECLARATION OF COUNSEL** |

G. Blair McCune, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am the attorney assigned to represent the Defendant in the above-styled case. The facts set out in the Unopposed Motion for Extension to File Amended Petition -- Third Motion are true to the best of my knowledge.

2. The reason I am requesting this third extension is because I still have not been able to obtain the complete trial attorney's file from Mr. Batista's former attorney.

3. As set out in my previous motions I have contacted Mr. Hugh Fleischer, Mr. Batista's former attorney, a number of times regarding this file. Mr. Fleischer did provide me a partial file in December 2005. Unfortunately, the file was not complete. The file did not contain important sentencing and appeal documents and materials. I need these materials to prepare the amended petition.

4. Mr. Fleischer and I exchanged e-mail messages about this problem in December, January, and February. My latest communication with Mr. Fleischer was on the telephone on February 22, 2006. Mr. Fleischer told me that he has made his best efforts to find the remaining portions of the file despite a very busy schedule. Mr. Fleischer said that he will have his paralegal go through his archives, and he will do everything he can to find the file. As I understand it, the sentencing and appeal portions of the file apparently became separated from the main file and have been extremely difficult to locate. I am certain Mr. Fleischer is doing his best to obtain the files for me. Mr. Fleischer requested that I ask for enough time to give him 30 days to locate the file.

5. Despite not having the files, I have been working diligently on the case as set out in my previous motions. I am requesting an additional 12 days on top of the 30 days Mr. Fleischer needs to find the file in order to review the material and prepare the amended petition.

6. I spoke on the telephone on February 24, 2006 with Mr. James Barkley, Assistant United States Attorney. Mr. Barkley said that the Government did not oppose this extension request.

I declare under penalty of perjury that the foregoing is true and correct. Executed on: February 24, 2006.

          _____s/ G. Blair McCune_____
          G. Blair McCune
          Attorney for Defendant
          425 G St., Suite 620
          Anchorage, Alaska  99501-2137
          Tel. (907) 644-8568
          Fax (907) 644-9008
          E-mail: mccune@gci.net
          Alaska Bar No. 7906037