# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>            Plaintiff,<br>vs.<br><br>SANTOS A. BATISTA,<br><br>            Defendant. | 3-02-cr-00103-31-HRH-JDR<br><br>**ORDER<br>REGARDING<br>MOTION FOR EXTENSION OF<br>TIME TO FILE AMENDED<br>PETITION**<br><br>(Docket No. 1199) |

Based on the Defendant's Unopposed Motion for Extension to File Amended Petition -- Third Motion and this Court being fully advised

IT IS HEREBY ORDERED that Defendant's Motion is GRANTED, and Defendant shall have until on or before April 7, 2006 within which to file an amended § 2255 petition or voluntary dismissal. No further extension shall likely be granted. The Government's response will be due on or before May 12, 2006.

DATED this 24th day of February, 2006, at Anchorage, Alaska.

/s/ John D. Roberts
JOHN D. ROBERTS
United States Magistrate Judge