[Search for Case]   [Help]

[Print Page]

# General Docket
## US Court of Appeals for the Ninth Circuit

```
Court of Appeals Docket #: 04-30204                    Filed: 5/18/04
Nsuit:    0
USA v. Batista
Appeal from: District of Alaska (Anchorage)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Case type information:
    1) criminal
    2) Sentence & Conviction
    3)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Lower court information:

    District: 097X-3 : CR-A-02-00103-HRH
    presiding judge: H. Russel Holland, Chief Judge
    court reporter: Caroline Edmiston, Court Reporter
    Date Filed: 10/31/02
    Date order/judgment: 2/9/04
    Date NOA filed: 5/10/04
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Fee status: in forma pauperis

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Prior cases:
    None
Current cases:
                  Lead        Member       Start       End
    companion:
                  03-30314    04-30204     5/18/04

Docket as of June 30, 2005 11:18 pm                Page 1
```

---

```
04-30204 USA v. Batista

UNITED STATES OF AMERICA          Thomas C. Bradley, Esq.
     Plaintiff - Appellee         907/271-5071
                                  Rm. 253
                                  [COR LD NTC aus]
                                  USAK - OFFICE OF THE U.S.
                                  ATTORNEY
                                  Federal Bldg. & U.S. Courthouse
                                  222 W. Seventh Ave., #9
                                  Anchorage, AK 99513-7567

     v.

SANTOS BATISTA                    Santos Batista
```

*EXHIBIT A - AMENDED PETITION*

>           Defendant - Appellant        14520-006
>                                        [COR LD NTC prs]
>                                        FCIFD - FEDERAL CORRECTIONAL
>                                        INSTITUTION (FORT DIX)
>                                        West Housing Facility
>                                        P.O. Box 7000
>                                        Fort Dix, NJ 08640
>
>                                        Hugh W. Fleischer, Esq.
>                                        FAX 264-6602
>                                        907/264-6635
>                                        Suite 200
>                                        [COR LD NTC cja]
>                                        LAW OFFICE OF HUGH W. FLEISCHER
>                                        310 K. Street
>                                        Anchorage, AK 99501

Docket as of June 30, 2005 11:18 pm                    Page 2

---

04-30204 USA v. Batista

UNITED STATES OF AMERICA

            Plaintiff - Appellee

   v.

SANTOS BATISTA

            Defendant - Appellant

Docket as of June 30, 2005 11:18 pm                    Page 3

---

04-30204 USA v. Batista

5/18/04        DOCKETED CAUSE AND ENTERED APPEARANCES OF COUNSEL. Filed in
               D.C. on 05/11/04; setting schedule as follows: transcript
               shall be ordered by 5/31/04 for Santos Batista; transcript
               shall be filed by 6/30/04; appellant's brief, excerpts due
               by 8/9/04 for Santos Batista; appellee's brief due 9/8/04
               for USA; appellant's reply brief due by 9/22/04 for Santos
               Batista. ( RT required: yes) ( Sentence imp 120 Months)
               [04-30204] (dv) [04-30204]

5/24/04        Filed aple's USA mtn to dismiss; served on 5/19/04.
               [04-30204] (MOATT) [04-30204] (ea) [04-30204]

5/28/04        Rec'd ltr from pro se dated 5/22/04 re: mtn for appt of new
               csl; no svc date. (MOATT) (Served aple by clk) (ea)
               [04-30204]

8/23/04        Filed order MOATT (SC) On 5/24/04, aple filed a mtn to
               dismiss this appeal for lack of juris pursuant waiver of

|  |  |
|---|---|
|  | appellate rights, & a late NOA. On or before 9/10/04, aple shall file exhibit(s) in support of its mtn which contain a copy of aplt's plea waiver, a transcript of th plea colloquy & any other filings or trancripts necessary to support aple's mtn. On 5/28/04, aplt filed a pro se ltr requesting that the ct appt new csl for aplt in this appeal. On or before 9/10/04, csl for aplt shall file a response to aplt's 5/28/04 pro se ltr. Proceedings in this appeal are held in abeyance pending csl for aplt's compliance w/ this order. The Clk shall serve, by certified mail return receipt requested, a copy of aplt's 5/28/04 pro se ltr on csl for aplt. The Clk shall also serve a copy of this order on aplt individually. [04-30204] (ea) [04-30204] |
| 8/23/04 | Sent copy of ct's order filed 8/23/04 w/ copy of aplt's 5/28/04 pro se ltr on csl Fleischer via certified mail no. 7002 2030 0001 8997 2589. [04-30204] (ea) [04-30204] |
| 8/27/04 | Received letter dated 8/23 from pro se re: status.(sent copy of public docket to pro se & reminded him to make requests thru appt. counsel) (jlc) [04-30204] |
| 8/30/04 | Rec'd return receipt no. 8997 2589. Delivery Date: 8/26/04 (ea) [04-30204] |
| 9/13/04 | Filed atty Hugh W. Fleischer's response to pro se ltr; served on 9/7/04. [5156883-1] (MOATT) [04-30204] (ea) [04-30204] |
| 9/13/04 | Filed aplt Batista's mtn to file exhibits & permission to file recording; served on 9/8/04. (MOATT via PROMO) [04-30204] [5177830] [04-30204] (ea) [04-30204] |
| 9/17/04 | Filed aple's USA mtn for late filing of exhibits; served on 9/14/04. (exhibits attached) (MOATT) [04-30204] [5181456] |

Docket as of June 30, 2005 11:18 pm                                    Page 4

---

04-30204 USA v. Batista

|  |  |
|---|---|
|  | (ea) [04-30204] |
| 9/20/04 | Rec'd pro se aplt's Batista response to atty's Fleischer mtn; served on 9/15/04. [5156883-1] (MOATT) [04-30204] (ea) [04-30204] |
| 10/29/04 | Order filed. The dc's judgment was entered on 2/9/04. Aplt's pro se NOA was filed on 5/10/04. Because the NOA was not filed within 10 days after entry of the judgment, this ct lacks juris over this appeal. Accordingly, aple's mtn to dismiss this appeal is granted. All pending mtns are denied as moot. DISMISSED. [5072127-1] ( Procedurally Terminated After Other Judicial Action; Dismissed/Other.  Alex KOZINSKI,  Michael D. HAWKINS,  Sidney R. THOMAS ) [04-30204] (ea) [04-30204] |

| Date | Entry |
|---|---|
| 11/22/04 | MANDATE ISSUED [04-30204] (ea) [04-30204] |
| 1/14/05 | Received letter from pro se re: request a copy of docket sheet. (Sent 1/14/05) (ea) [04-30204] |
| 2/4/05 | Rec'd pro se aplt Batista's mtn for reconsideration out of time; served on 1/31/05. (MOATT) [04-30204] [5318516] [04-30204] (ea) [04-30204] |
| 4/21/05 | Rec'd ltr from pro se dated 4/16/05 re: status of his mtn for reconsideration. (MOATT) (ea) [04-30204] |
| 6/27/05 | Filed order (Alex KOZINSKI, Michael D. HAWKINS, Sidney R. THOMAS) The mtn for recon is construed as a mtn to recall the mandate & for recon of the ct's 10/29/04 order. So construed, the mtn is denied. No further filings shall be accepted in this closed docket. [5318516-1] [04-30204] (ea) [04-30204] |
| 6/29/05 | Rec'd ltr from pro se dated 6/20/05 re: status. (Sent copy of docket sheet) (ea) [04-30204] |

Docket as of June 30, 2005 11:18 pm          Page 5   •

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 12/21/2005 12:36:35 | | | |
| PACER Login: | bm1300 | Client Code: | |
| Description: | dkt report | Case Number: | 04-30204 |
| Billable Pages: | 5 | Cost: | 0.40 |