DEBORAH M. SMITH
Acting United States Attorney

JAMES BARKELEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
jim.barkeley@usdoj.gov
Alaska Bar No. 8306019

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:02-cr-00103-31-HRH-JDR |
| | ) | |
| Plaintiff, | ) | **MOTION FOR EXTENSION** |
| | ) | **OF TIME TO FILE UNITED** |
| v. | ) | **STATES' RESPONSE TO** |
| | ) | **DEFENDANT'S AMENDED** |
| | ) | **§ 2255 PETITION** |
| SANTOS A. BATISTA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | Filed on Shortened Time |
| | ) | |

COMES NOW the United States Attorney's Office, for the District of Alaska, by and through James Barkeley, Assistant U.S. Attorney, and moves on shortened time for a 30-day extension of time to file its response to defendant's amended petition supplementing his Motion to Set Aside or Vacate Sentence

Pursuant to 28 U.S.C. § 2255. The Court issued an order (docket # 1200) scheduling a response deadline of May 12, 2006. Undersigned counsel has been occupied with motion practice and trial preparation in the case *United States v. Robert F. Kane, et al.* and trial is to commence on Monday, May 15, 2006.

For the foregoing reasons, the United States respectfully requests an extension of time of 30 days to respond to the Amended Petition.

Counsel for the defendant was informed on this date of the government's intent to file this motion, and stated that he did not oppose the request.

RESPECTFULLY SUBMITTED, this 10th day of May, 2006.

DEBORAH M. SMITH
Acting United States Attorney


s/ James Barkeley
JAMES BARKELEY
Assistant U.S. Attorney
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3699
Fax: (907) 271-1500
Email: jim.barkeley@usdoj.gov
Alaska Bar No. 8306019

**CERTIFICATE OF SERVICE**

I hereby certify that on May 10, 2006, a copy of the foregoing was served electronically on:

G. Blair McCune, Esq.
mccune@gci.net

s/ James Barkeley