IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:02-cr-00103-31-HRH-JDR |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** [proposed] |
| | ) | |
| SANTOS A. BATISTA, | ) | |
| | ) | |
| Defendant. | ) | Filed on Shortened Time |
| | ) | |
| | ) | |

Having considered the Government's Motion for Extension of Time to File Response to Defendant's Amended § 2255 Petition for the above captioned case, IT IS HEREBY ORDERED that the Government's request is **GRANTED**. The government's response is now due on or before June_____, 2006.

IT IS SO ORDERED.

DATED this ____ day of May, 2006, at Anchorage, Alaska.

_____
JOHN D. ROBERTS
UNITED STATES MAGISTRATE JUDGE