IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:02-cr-00103-31-HRH-JDR |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| | ) | |
| SANTOS A. BATISTA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

Having considered the Government's Motion for Extension of Time to File Response to Defendant's Amended § 2255 Petition for the above captioned case, (Docket No. 1214)  IT IS HEREBY ORDERED that the Government's request is **GRANTED**.   The government's response is now due on or before June 12, 2006.

IT IS SO ORDERED.

DATED this 16th day of May, 2006,  at Anchorage, Alaska.

                                         /s/ John D. Roberts
                                        JOHN D. ROBERTS
                                        UNITED STATES MAGISTRATE JUDGE