G. Blair McCune
Attorney at Law
425 G St., Suite 620
Anchorage, Alaska  99501-2137
Tel. (907) 644-8568
Fax (907) 644-9008
E-mail: mccune@gci.net

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,     )<br>                              )<br>            Plaintiff,         )<br>                              )<br>    vs.                       )<br>                              )<br>SANTOS A. BATISTA,            )<br>                              )<br>            Defendant.        )<br>_____) | Case No.    3:02-cr-00103-31-HRH<br><br>**MOTION FOR LEAVE TO FILE REPLY TO GOVERNMENT'S OPPOSITION TO AMENDED PETITION UNDER 28 U.S.C. § 2255** |

      Defendant, Santos A. Batista, by counsel G. Blair McCune, Attorney at Law, moves this court to allow Mr. Batista to file a reply to the Government's opposition to Mr. Batista's amended petition under 28 U.S.C. § 2255.

      Defendant believes a reply is appropriate in the present case even though a reply was not provided for in this court's previous orders setting out the briefing schedule for the amended petition and opposition.  The reason a reply is appropriate is because the Government is requesting that the petition be dismissed based on untimeliness and failure to make a prima facie case on the merits.  Defendant believes he has important arguments against dismissal that should be raised at this point in the proceedings.

*U.S. v. Batista*, No. 3:02-cr-00103-31-HRH
Mot. for Leave to Reply
Page 1

Mr. Batista's counsel has drafted a Reply to Government's Opposition to Amended Petition Under 28 U.S.C. § 2255.  This reply is being submitted electronically along with this motion.

DATED at Anchorage, Alaska June 20, 2006.

RESPECTFULLY SUBMITTED,

\_\_\_\_s/ G. Blair McCune\_\_\_\_
G. BLAIR McCUNE
Attorney for Defendant
425 G St., Suite 620
Anchorage, Alaska  99501-2137
Tel. (907) 644-8568
Fax (907) 644-9008
E-mail: mccune@gci.net
Alaska Bar No. 7906037

Certification

I certify that on June 20, 2006 a copy of the foregoing
**MOTION FOR LEAVE TO REPLY TO GOVERNMENT'S OPPOSITION TO AMENDED PETITION UNDER 28 U.S.C. § 2255**
was served electronically on:

Mr. Thomas C. Bradley
Assistant United States Attorney

And a copy was also sent by regular US mail to:

Mr. James Barkley
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK 99513-7567


\_\_\_\_s/ G. Blair McCune_____
G. Blair McCune

*U.S. v. Batista*, No. 3:02-cr-00103-31-HRH
Mot. for Leave to Reply
Page 2