IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                                                          )<br>                      Plaintiff,       )<br>                                                          )<br>vs.                                                     )<br>                                                          )<br>SANTOS A. BATISTA,                   )<br>                                                          )<br>                      Defendant.    )<br>_____) | Case No.    A02-0103-31 CR (HRH)<br><br>**PROPOSED ORDER GRANTING<br>LEAVE TO FILE REPLY** |

Based on the Defendant's Motion for Leave to File Reply to Government's Opposition to Amended Petition Under 28 U.S.C. § 2255 and this Court being fully advised

IT IS HEREBY ORDERED that Defendant's Motion is GRANTED, and Defendant's Reply to Government's Opposition to Amended Petition Under 28 U.S.C. § 2255 is accepted for filing.

DATED AND ENTERED this ____ day of _____, 200__.


_____
Hon. John D. Roberts
United States Magistrate Judge