G. Blair McCune
Attorney at Law
425 G St., Suite 620
Anchorage, Alaska 99501-2137
Tel. (907) 644-8568
Fax (907) 644-9008
E-mail: mccune@gci.net
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                              )<br>                            Plaintiff,     )<br>                                                              )<br>vs.                                                        )<br>                                                              )<br>SANTOS A. BATISTA,                          )<br>                                                              )<br>                            Defendant.  )<br>_____) | Case No.    A02-0103-31 CR (HRH)<br><br>**DECLARATION OF COUNSEL** |

G. Blair McCune, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am the attorney assigned to represent the Defendant in the above-styled case. The facts set out in the Motion for Leave to File Reply to Government's Opposition to Amended Petition Under 28 U.S.C. § 2255 are true to the best of my knowledge. The reasons this court should grant leave to reply are set out in the body of the motion.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: February 24, 2006.

                                                    _____s/ G. Blair McCune_____
                                                    G. Blair McCune
                                                    Attorney for Defendant
                                                    425 G St., Suite 620
                                                    Anchorage, Alaska 99501-2137
                                                    Tel. (907) 644-8568
                                                    Fax (907) 644-9008
                                                    E-mail: mccune@gci.net
                                                    Alaska Bar No. 7906037