## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　　Plaintiff,<br>vs.<br><br>SANTOS A. BATISTA,<br><br>　　　　　Defendant. | 3-02-cr-00103-31-HRH-JDR<br><br>**FINAL RECOMMENDATION REGARDING MOTION TO DISMISS § 2255 MOTION**<br><br>(Docket Nos. 1217, 1223) |

In a recommendation filed at Docket No. 1228, I advised that the government's Motion to Dismiss be denied as defendant's habeas motion was timely filed. No objections to the recommendation have been filed. Accordingly, this matter will be forwarded to the assigned district judge for determination.

DATED this 22th day of August, 2006, at Anchorage, Alaska.

　　　　　　　　　　　　　　　　　　　/s/ John D. Roberts
　　　　　　　　　　　　　　　　　　JOHN D. ROBERTS
　　　　　　　　　　　　　　　　　　United States Magistrate Judge