## MINUTES OF THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA          v.   VICENTE ZAPATA, et al.

JOHN W. SEDWICK, CHIEF JUDGE
*for* JUDGE H. RUSSEL HOLLAND          CASE NO.   3:02-cr-0103-HRH

    This Order pertains to:          **BATISTA**, Santos A. (D-31)


Deputy Clerk                           Official Recorder

_____                _____

APPEARANCES:    for PLAINTIFF:    ----

               for DEFENDANT:    ----

PROCEEDINGS:    **Order from Chambers**

---

On July 24, 2006, the assigned magistrate judge filed a recommendation (Clerk's Docket No. 1228) concerning the Government's filings (at Clerk's Docket Nos. 1217 and 1223) which are deemed a motion to dismiss. A final recommendation (Clerk's Docket No. 1229) has since been filed, indicating that the parties have filed no objections to the initial recommendation. Upon review, this court finds that the recommended findings and conclusions are correct and adopts the same.

Accordingly, the Government's motion (at Clerk's Docket Nos. 1217 and 1223) is denied; and this matter is again referred to the magistrate judge for further proceedings on defendant's motion to set aside or vacate sentence.