```
           MINUTES OF THE UNITED STATES DISTRICT COURT
                        DISTRICT OF ALASKA
```

U.S.A. vs. SANTO BATISTA           CASE NO. 3:02-cr-00103-31-HRH
Defendant:  X Not Present  X In Custody

BEFORE THE HONORABLE:          JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:         APRIL KARPER

UNITED STATES' ATTORNEY:       THOMAS BRADLEY

DEFENDANT'S ATTORNEY:          GEORGE BLAIR MCCUNE

PROCEEDINGS: SCHEDULING AND PLANNING CONFERENCE ON AMENDED 2255
             MOTION (DKT 1205) HELD SEPTEMBER 22, 2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:29 a.m. court convened.

Court and counsel heard re briefing issues and briefing schedule.
Defendant's additional briefing due by **November 3, 2006.**
Government's response and brief due by **December 4, 2006.**
Defendant's reply due by **December 15, 2006.**

Court and counsel heard re possible Evidentiary Hearing; court
instructed defense counsel to file a request for and evidentiary
hearing and paperwork to transport the defendant in enough time
to have the hearing by February 2007 if needed.

Court and counsel heard re government's oral motion to treat the
motion to dismiss as an answer; **GRANTED.**

At 9:42 a.m. court adjourned.

DATE:   September 22, 2006        DEPUTY CLERK'S INITIALS:   ak