G. Blair McCune
Attorney at Law
425 G St., Suite 620
Anchorage, Alaska  99501-2137
Tel. (907) 644-8568
Fax (907) 644-9008
E-mail: mccune@gci.net

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>vs.<br><br>SANTOS A. BATISTA,<br><br>                  Defendant. | Case No.    A02-0103-31 CR (HRH)<br><br>**UNOPPOSED MOTION FOR EXTENSION TO FILE DEFENDANT'S OPENING BRIEF** |

       Defendant, Santos A. Batista, by counsel G. Blair McCune, Attorney at Law, moves this court for an extension of time to file Defendant's Opening Brief in support of Mr. Batista's 28 U.S.C. § 2255 motion to vacate.  At the September 22, 2006 status conference, this court set a due date for the opening brief of November 3, 2006.  Defendant is requesting an extension of ten (10) days or until November 13, 2006.

       As set out in the attached declaration of counsel, Mr. Batista's former attorney, Mr. Hugh Fleischer, has requested one more chance to try to find the missing portion of Mr. Batista's file.  (The importance of the missing portion of the file and undersigned counsel's previous efforts to obtain it are set out in Defendant's amended petition. *Docket No.* 1205 at

3-5.) Mr. Fleischer has requested one week to try to find the file. Given the importance of the file, counsel believes it is important to make every effort to find it.

The Government's answer or other responsive pleading is currently due on December 4, 2006. If this motion is granted, it would be appropriate for the Government to have a 10-day extension as well. With such an extension, the Government's answering brief would be due on December 14, 2006. Because of the Christmas holidays, defendant requests until December 27, 2006 to file a reply brief.

The Government does not oppose this motion.

DATED at Anchorage, Alaska October 31, 2006.

RESPECTFULLY SUBMITTED,

    s/ G. Blair McCune
G. BLAIR McCUNE
Attorney for Defendant
425 G St., Suite 620
Anchorage, Alaska  99501-2137
Tel. (907) 644-8568
Fax (907) 644-9008
E-mail: mccune@gci.net
Alaska Bar No. 7906037

Certification

I certify that on October 31, 2006 a copy of the foregoing
**UNOPPOSED MOTION FOR EXTENSION TO FILE DEFENDANT'S OPENING BRIEF**
was served electronically on:

Mr. James Barkley
Assistant United States Attorney

    s/ G. Blair McCune
G. Blair McCune

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>            Plaintiff,         )<br>                              )<br>vs.                           )<br>                              )<br>SANTOS A. BATISTA,            )<br>                              )<br>            Defendant.        )<br>_____) | Case No.    A02-0103-31 CR (HRH)<br><br>**PROPOSED ORDER GRANTING<br>EXTENSION TO FILE BRIEF** |

      Based on the Defendant's Unopposed Motion for Extension to File Defendant's Opening Brief and this Court being fully advised

      IT IS HEREBY ORDERED that Defendant's Motion is GRANTED, and Defendant shall have until November 13, 2006 within which to file Defendant's Opening Brief.  The Government's Answering Brief will be due on December 14, 2006.  Defendant's Reply Brief will be due on December 27, 2006.

      DATED AND ENTERED this ____ day of _____, 2006.


                                              _____
                                              Hon. John D. Roberts
                                              United States Magistrate Judge