G. Blair McCune
Attorney at Law
425 G St., Suite 620
Anchorage, Alaska  99501-2137
Tel. (907) 644-8568
Fax (907) 644-9008
E-mail: mccune@gci.net
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br> ) <br>Plaintiff,           )<br> )<br>vs.           )<br> )<br>SANTOS A. BATISTA,           )<br> )<br>Defendant.           )<br>_____) | Case No.   A02-0103-31 CR (HRH)<br><br>**DECLARATION OF COUNSEL** |

G. Blair McCune, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am the attorney assigned to represent the Defendant in the above-styled case. The facts set out in the Unopposed Motion for Extension to File Defendant's Opening Brief are true to the best of my knowledge.

2. As set out in my amended petition, I have contacted Mr. Hugh Fleischer, Mr. Batista's former attorney, a number of times regarding missing portions of his file. Mr. Fleischer did provide me a partial file in December 2005. Unfortunately, the file was not complete. The file did not contain important sentencing and appeal documents and materials. I believe these materials are important to a fair resolution of the case.

3. I telephoned Mr. Fleischer yesterday, October 30, 2006. I again explained the importance of the missing materials to the present case. I requested that Mr. Fleischer

provide me with an affidavit stating that the materials were indeed missing and addressing other matters.  Mr. Fleischer requested one more chance to try to find the missing materials.  Mr. Fleischer requested one week to do this.

       4.  I believe that Mr. Fleischer will make his best efforts to locate the missing materials and that it is proper and worthwhile to allow an additional opportunity for these efforts.  I will meet sure to have the brief ready to file on November 13, 2006 even if Mr. Fleischer is unsuccessful.

       5.  Mr. James Barkley, Assistant United States Attorney, and I exchanged voicemail messages on October 30 and 31, 2006.  Mr. Barkley informed me that the Government did not oppose this extension request.

       I declare under penalty of perjury that the foregoing is true and correct.  Executed on: October 31, 2006.

       _____s/ G. Blair McCune_____
G. Blair McCune
Attorney for Defendant
425 G St., Suite 620
Anchorage, Alaska  99501-2137
Tel. (907) 644-8568
Fax (907) 644-9008
E-mail: mccune@gci.net
Alaska Bar No. 7906037