# OUT OF COURT HOURLY WORKSHEET

Case Number: A-02-cl-03CR(HRH)
Voucher Number: Batista-Fleischor 20-1. HRH

| DATE | BRIEF DESCRIPTION OF SERVICES | INTERVIEWS AND CONFERENCES | OBTAINING AND REVIEW RECORDS | LEGAL RESEARCH & BRIEF WRITING | TRAVEL TIME | INVESTIGATIVE & OTHER WORK |
|---|---|---|---|---|---|---|
| 01/30/2004 | Teleconference with C.I. | 0.10 | | | | |
| 01/30/2004 | Research Government pleading guidline authorities | | | 0.40 | | |
| 01/30/2004 | Conference with defendant | 2.10 | | | | |
| 02/04/2004 | Debrie with S.B. | 2.70 | | | | |
| 02/04/2004 | Conference with defendant | 0.30 | | | | |
| 02/04/2004 | Teleconference with AUSA | 0.10 | | | | |
| 02/04/2004 | Teleconference with wife of defendant and rep. | 0.30 | | | | |
| 02/10/2004 | Review Judgment | | 0.30 | | | |
| | Page Total | 5.60 | 0.30 | 0.40 | 0.00 | 0.00 |
| | Grand Total | 34.60 | 10.60 | 21.60 | 0.80 | 2.70 |

Exhibit A

> To: Santo Batista       02/10/04
> Fr: Hugh Fleischer
> I so much wish it would
> be otherwise. Good luck.
> enc.

Exhibit B

ORIGINAL

MAY 28 2004

5/28/04

Santo Batista
14520-006
Federal Correctional Institution
P.O. Box 7000
Fort Dix, New Jersey 08640

May 22, 2004

Cathy A. Catterson
Clerk of Court
United States Court of Appeals
P.O. Box 193939
San Francisco, CA 94119-3939

CA # 04-30204

RE.: U.S. v. Batista   DC No.: A02-0103-CR

Dear Ms. Catterson:

Please direct this correspondence to the respective judge that can make the necessary decision in the following matter.

On May 11, 2004 the court granted petitioner's **LATE** FILING of notice of appeal which was due to defense counsel negligence for this writer timely informed defense counsel of desire to file a notice of appeal. This is just on e of the many below standard performance on counsel behalf of which demonstrate that counsel does not have petitioner's best interest in mind. Throughout the pretrial phase of the above referenced criminal matter this writer was constantly deceived by defense counsel of which the track record speaks for itself. (see copies of enclosed letters)

Convicted and sentenced to a term of 120 months, this writer is left to seek recourse via the appellate courts which subject this writer to greater standard of review. Therefore this writer can not envision that he has the opportunity to exercise his appellate right in accordance with effective representation under the guidance of his presently appointed attorney. To continue to let attorney H. Fleischer represent me would undermine the judicial system for said person is expected to be an advocate, an equalizer that fights for the accused yet this attorney all along simply just wanted me to plead out from the start in order to alleviate his case load.

There I beg that this court appoint me new counsel so that I may have an opportunity to exercise the appellate rights that are afforded to me without any prejudice. Thank you.

Respectfully Submitted,

Santo Batista

Exhibit C

LAW OFFICES OF HUGH W. FLEISCHER
310 K STREET SUITE 200
ANCHORAGE ALASKA 99501
(907) 264-6635

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CA No. 04-30204 |
| | ) |
| | ) DC No: A02-0103 CR (HRH) |
| Plaintiff, | ) |
| | ) |
| SANTO BATISTA | ) |
| | ) |
| | ) |
| | ) |
| Defendant. | ) |
| | ) |

**RESPONSE TO PRO SE LETTER**

Hugh W. Fleischer, attorney for Defendant-Appellant before the District Court, hereby responds to Mr. Batista's pro se letter dated May 22, 2004, to this Court.

The below signed attorney represented Mr. Batista through his sentencing. This was case that included seventeen co-defendants. It was the largest criminal case in the District of Alaska to that point of time. The undersigned researched every piece of discovery provided and reported the same to Mr. Batista. The undersigned counsel denies the allegations made against him by Mr. Batista. Below signed counsel worked thoroughly and diligently to represent Mr. Batista to the best

*Exhibit D, page 1*

1 of his ability at all points.

2 The Assistant U.S. Attorney advised that a number of the co-defendants were prepared to testify against Mr. Batista as well as an undercover agent who had illicit dealings with Mr. Batista. This matter was fully discussed with Mr. Batista and he, on his own volition, he determined that he would attempt to obtain a Motion for Substantial Assistance under 18 U.S.C. § 3553(e) and USSG § 5K1.1 or, alternatively the "Safety Valve" provision, under 18 U.S.C. 3553(f). To that end, Mr. Batista signed a Plea Agreement, which provided, *inter alia*, that he waived his appellate rights. After several interviews with Mr. Batista, the government tentatively was planning to have Mr. Batista testify in another criminal proceeding. However, immediately prior to such trial, counsel was informed that the government did not believe that Mr. Batista was telling the whole truth and thus, they would not use him at trial. We had additional meetings to attempt to convince the government that he was meeting the requirement set out in paragraph (5) set out in the above-referenced "Safety Valve" statute, that he had, "truthfully provided …all information and evidence.." The government persisted in their stated belief that Mr. Batista did not meet that standard. This counsel advised the Sentencing Judge that Mr. Batista wished to have a hearing on the question of

2

LAW OFFICES OF HUGH W. FLEISCHER
310 K STREET SUITE 200
ANCHORAGE, ALASKA 99501
(907) 264-6635

Exhibit D, page 2

1 whether he was entitled to the "Safety Valve." Such a hearing
2 was held and, unfortunately for Mr. Batista, the U.S. District
3 Judge found, at sentencing, that he was not so entitled and,
4 without the protection of the "Safety Valve", he was sentenced
5 to, *inter alia*, 120 months. At the conclusion of the
6 sentencing, Mr. Batista advised the under signed that he knew
7 that the undersigned had done everything possible for him and
8 that he appreciated the representation.
9
10    DATED at Anchorage, Alaska, this 7th day of September,
11 2004.

    LAW OFFICES OF HUGH W. FLEISCHER
    Attorney for Defendant

    By: _____
    Hugh W. Fleischer
    AK Bar # 7106012

9360/524

LAW OFFICES OF HUGH W. FLEISCHER
310 K STREET SUITE 200
ANCHORAGE ALASKA 99501
(907) 264-6635

3

Exhibit D, page 3

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**
OCT 29 2004
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>SANTOS BATISTA,<br><br>Defendant - Appellant. | No. 04-30204<br><br>D.C. No. CR-A-02-00103-HRH<br>District of Alaska,<br>Anchorage<br><br>ORDER |

**FILED**
NOV 0 2 2004
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By _____ Deputy

Before: KOZINSKI, HAWKINS and THOMAS, Circuit Judges

The district court's judgment was entered on February 9, 2004. Appellant's pro se notice of appeal was filed on May 10, 2004. Because the notice of appeal was not filed within 10 days after entry of the judgment, this court lacks jurisdiction over this appeal. *See* Fed. R. App. P. 4(b)(1)(A); *Roe v. Flores-Ortega*, 528 U.S. 470 (2000) (ineffective assistance of counsel claims are generally raised pursuant to 28 U.S.C. § 2255). Accordingly, appellee's motion to dismiss this appeal is granted.

All pending motions are denied as moot.

**DISMISSED.**

A02-0103--CR (HRH)
H. FLEISCHER (FLEISCHER)
T. BRADLEY (USA)
JUDGE Holland

Exhibit E.