G. Blair McCune
Attorney at Law
425 G St., Suite 620
Anchorage, Alaska 99501-2137
Tel. (907) 644-8568
Fax (907) 644-9008
E-mail: mccune@gci.net

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. A02-0103-31 CR (HRH) |
| Plaintiff, ) | |
| vs. ) | AFFIDAVIT OF HUGH W. FLEISCHER |
| SANTO A. BATISTA, ) | |
| Defendant. ) | |

STATE OF ALASKA      )
                    ) ss.
THIRD JUDICIAL DISTRICT )

Hugh W. Fleischer, being first duly sworn, deposes and says:

1. I represented Mr. Santo A. Batista in the pre-trial, change of plea, and imposition of sentencing phases of the above-entitled case. I have been requested by Mr. Batista's current attorney to provide this affidavit regarding my advice to Mr. Batista concerning his appellate rights in this case.

2. Mr. Batista waived his right to appeal in the plea agreement he reached with the Government. I discussed this aspect of the plea agreement with Mr. Batista before the

agreement was signed. In addition, at the change of plea proceeding, the court went over the waiver of appellate rights provisions in the plea agreement thoroughly. I believe that Mr. Batista understood that he was giving up his appellate rights when I discussed the matter with him and when he changed his plea.

3. Because of the waiver of appellate rights in the plea agreement, I did not inform Mr. Batista he had a right to appeal. I do not specifically remember whether Mr. Batista asked me about his right to appeal after he was sentenced. If he did so, I would have informed him that he had waived his right to appeal.

_____
Hugh W. Fleischer

SUBSCRIBED AND SWORN to before me this 12th day of December, 2006.

_____
Notary Public in and for Alaska
My commission expires: 5/25/2010

G. Blair McCune
Attorney at Law
425 G. St., Suite 620
Anchorage, AK 99501-2137
Tel. (907) 644-8568, Fax (907) 644-9008
Email: mccune@gci.net

U.S. v. Santo Batista                                    Page 2
No. A02-103-31
Affidavit of Hugh Fleischer

Exhibit A, Page 2 of 2

September 24, 2003

Hugh Fleischer, Esq.
ATTORNEY AT LAW
310 K Street
Suite 200
Anchorage, Alaska 99501

In re: U.S. v. Santo Batista, Request of Status, No. A02-103 CR

Attorney Fleischer;

My wife informed me that she recently informed me that she spoke to you regarding the status of my case, and you stated told her that the status was "difficult."

I'm unsure as to what you mean by "difficult." I hereby renew my requests for discovery from the Government. "THIS IS THE FOURTH WRITTEN REQUEST" to your office to (PLEASE) provide some assistance of counsel, effective or otherwise. I submit to your professional understanding, I have a right to know what evidence the Government has against me, what evidence was used to indict me at the Federal Grand Jury hearing, and on what basis the Government is keeping me in Seattle, Washington.

When I last spoke to you, you informed that the Government is now offering me twenty four (24) months for a plea of guilty. I wrote you a response declining that offer, explaining that I would face deportation proceedings if I am convicted of felony. It appears, at this point, that I would better options in a jury trial, where the Government would be compelled to disclose its evidence against me. Does Attorney General Ashcroft' mandate to Federal Prosecutor's also mean to prosecute even if there is no evidence of guilt, and has the Federal Public Defender's Office given up on providing any defense or effective legal representation to Federal Defendant's and the accused?

Your office has lied to me, misinformed me and my wife, failed in you duty to review the Governments' allegations against me, failed to prepare and file 'standard' pleadings that would induce production of discovery, your office has deliberately misrepresented facts and communications with the Assistant U.S. Attorney prosecuting this case, and I believe you may have even violated the fiduciary disclosures to the opposing counsel. I do not trust your office, and blame the U.S. District of appointing you to my case. Your secess as a trial lawyer falls far below average and your legal representation of defendants and the accuse is one of an incomptent nature.

Page One of Tw  Exhibit B, Page 1 of 4

   I will not fire you, however, because I do not wish to anger the Court by switching from one ineffective, incompetent representative for another one. Your office has been advised of what it should be doing, and has refused to do the same, as I am comtemplating filing a ARCH lawsuit against your office.

   I expect your prompt attention to this communication. Thank you.

                              Respectfully,

                              /s/ Santo Batista

                              Santo Batista, Client
                              No. 14520-006
                              FDC Sea Tac
                              PO Box 13900
                              Seattle, Washington 98198-1090




CC: United States District Court, Clerk of the Court (file only)
    United States District Court Judge Holland
    File

September 12, 2003

Hugh W. Fleischer, Esq.
ATTORNEY AT LAW
310 "K" Street
Suite 200
Anchorage, Alaska 99501

   In re: Case No. A02-103 (criminal)

   Attorney Fleischer;

  I have been researching possible immigration options, pro & cons, which come into play as matter's in the instant criminal case progress. Below are the results of that research.

  Immigration and Neuteralization Handbook and United States Code Title 8, provide that there will be deportation hearing, and possible trial, for all none citizen resident's authorized to reside in the U.S. and convicted of a felony, especially if drug related (in the capacity in which I'm charged). In which case, the outcome can go either way. The information further provided that only none-violent misdemeanor's can avoid a deportation proceeding.

  Therefore, I must resolve that I can not plead guilty to a serious felony drug offense in which I'm charged, which would automatically triger deportation proceedings against me. Hence, I hereby request your office continue negotiations of a plea agreement, with Assistant U.S. Attorney's Office along the lines of reduction of charge to a misdemeanor, or preferrably, a complete dismissal.

  Please contact me if you require further discussion of the matter. Also, did we get further discovery from the government, and did your office motion the court for the transcripts subject to my letter's to your office dated 9/3 & 9/10/2003. Your prompt response to these concerns is greatly anticipated and appreciated. Thank you.

           Respectfully,

           *[signature]*

           Santo Batista
           No. 14520-006
           FDC SeaTac
           PO Box 13900
           Seattle, WA 98198

Exhibit B, Page 3 of 4

CC: United States District Court, Clerk of the Court (for file only)

September 10, 2003

Attorney Hugh Fleischer, Esq.
ATTORNEY AT LAW
310 K Street
Suite 200
Anchorage, Alaska 99501

       In re: Case No. A02-103

Attorney Fleischer;

       Thank you, for demonstrating diligence in asserting my rights, and insisting that the gvoernment thoroughly review my involvement in the instant matter.

       Sir, during our last telephonic conversation, in which you related the government' offer of 24 months, you failed to inform me, and I failed to inquire about the transcripts I requested in my last letter to you. Please take a moment to update me on the motion status for those transcripts. Additionally, as I stated in said conversation, that since I have already been incarcerated for some time now, I will accept, time served, and prefably no probation, and a stipulation not to revoke my green card (work / residency documentation).

       I believe this counter-offer is more than fair and appropriate. I furthermore, agree not file any formal complaint.

       Your prompt response is greatly appreciated, thank you.

       Respectfully,

       Santo Batista, Client
       No. 14520-006
       FDC Sea Tac
       PO Box 13900
       Seattle, WA 98198

cc: United States District Court, Clerks Office (for file only)
    File