G. Blair McCune
Attorney at Law
425 G St., Suite 620
Anchorage, Alaska  99501-2137
Tel. (907) 644-8568
Fax (907) 644-9008
E-mail: mccune@gci.net

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>SANTO A. BATISTA,<br><br>                Defendant. | Case No.    A02-0103-31 CR (HRH)<br><br>**MOTION FOR LEAVE TO FILE SUPPLEMENT AND REQUEST TO SET ON A STATUS HEARING** |

Defendant, Santo A. Batista, by counsel G. Blair McCune, Attorney at Law, moves this court for leave to file a supplement to his briefing in support of his motion to set aside or vacate sentence under 28 U.S.C. § 2255. Mr. Batista also requests that this court set on a status hearing. The reasons for both requests are set out below. This motion is supported by the attached declaration of counsel.

**A.  Reason for Requesting Leave to File a Supplement**

The reason Mr. Batista is requesting leave to file a supplement to his briefing in this § 2255 action is because Mr. Batista's *pro se* motion did not include a declaration that the factual matters set out in the motion were true. The Government pointed this matter out in the answering brief that it filed.

It has taken quite a bit of time to communicate with Mr. Batista concerning this matter. Mr. Batista is incarcerated at FCI Ft. Dix, New Jersey, and the mail into the institution has been slow. (Interestingly, mail coming to me from Mr. Batista is much quicker.) Although Mr. Batista and I have had fairly frequent telephone calls, he had difficulty getting through to me in late December 2006. Counsel mailed both his reply brief and the Government's answering brief to Mr. Batista at FCI Ft. Dix shortly after they were filed. Mr. Batista has now finally had a chance to read both documents and have a telephone conversation with counsel about them. During the telephone call, counsel requested that Mr. Batista send him a declaration concerning the factual matters. Unfortunately, Mr. Batista was only able to send a hand-written letter, and the letter does not comply with the formalities necessary for a declaration. Counsel has typed up a declaration (based on the letter) for Mr. Batista to sign and will mail it tomorrow, January 12, 2007. Counsel intends to file this declaration as soon as it is received.

Given the mail situation, counsel believes that it may take 20 days or until January 31, 2007 to file the declaration. Counsel believes that filing this supplement is an important matter and requests that this court grant him leave to file it.

### B. Reasons for Holding a Status Hearing

The Government has recently argued that there was no reason to hold an evidentiary hearing. *Gov. Br.* at 24. Mr. Batista disagreed. As noted above, Mr. Batista is incarcerated at Ft. Dix, New Jersey. The expense of transporting him to Anchorage for an evidentiary hearing would be considerable. Therefore, counsel believes that a status hearing would be prudent. At the status hearing, this court can determine whether an evidentiary hearing is necessary.

Counsel requests that Mr. Batista appear telephonically from FCI Ft. Dix if the status hearing is ordered. Mr. Batista also should have an interpreter at the hearing.

At the previous status hearing in this case, counsel for both parties and the court discussed holding an evidentiary hearing. But in light of the Government's current opposition, there should be a discussion of the issues involved. In addition, Mr. Batista has requested that this court decide issues included in his *pro se* motion that counsel did not choose to brief. If a status hearing is held, Mr. Batista can explain whether, and if so why, he requests an evidentiary hearing on these issues.

If this court grants this request for status hearing, counsel requests that the hearing be set on sometime after February 1, 2007 in order to give counsel enough time to prepare for an interpreter and telephonic appearance by Mr. Batista.

DATED at Anchorage, Alaska January 11, 2007

RESPECTFULLY SUBMITTED,

                          ____s/ G. Blair McCune____
                          G. BLAIR McCUNE
                          Attorney for Defendant
                          425 G St., Suite 620
                          Anchorage, Alaska  99501-2137
                          Tel. (907) 644-8568
                          Fax (907) 644-9008
                          E-mail: mccune@gci.net
                          Alaska Bar No. 7906037

<u>Certification</u>

I certify that on January 11, 2007 a copy of the foregoing
**<u>Motion for Leave to File Supplement and Request to Set On a Status Hearing</u>**
and the attached declaration of counsel were served electronically on:

Mr. James Barkley
Assistant United States Attorney

    ____s/ G. Blair McCune_____
G. Blair McCune