IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                              )<br>                         Plaintiff,        )<br>                                                              )<br>            vs.                                          )<br>                                                              )<br>SANTO A. BATISTA,                      )<br>                                                              )<br>                         Defendant.   )<br>_____ ) | Case No.   A02-0103-31 CR (HRH)<br><br>**PROPOSED ORDER GRANTING<br>LEAVE TO FILE SUPPLEMENT<br>AND SETTING ON A<br>STATUS HEARING** |

Based on the Defendant's Motion for Leave to File Supplement and Request to Set on a Status Hearing, and this Court being fully advised

IT IS HEREBY ORDERED that Defendant's Motion is GRANTED. Defendant has leave to file the supplement described in his motion, and a Status Hearing shall be held in the present case on the _____ day of _____, 2007 at _____ a.m./p.m. in Courtroom _____. Defendant Santo Batista shall appear telephonically from FCI Ft. Dix, New Jersey at this hearing. Bureau of Prison staff is requested to cooperate with G. Blair McCune, Attorney at Law in setting up Mr. Batista's telephonic appearance.

DATED AND ENTERED this ____ day of _____, 2007.

_____
Hon. John D. Roberts
United States Magistrate Judge
District of Alaska