G. Blair McCune
Attorney at Law
425 G St., Suite 620
Anchorage, Alaska  99501-2137
Tel. (907) 644-8568
Fax (907) 644-9008
E-mail: mccune@gci.net
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>SANTO A. BATISTA,<br><br>    Defendant. | Case No.    A02-0103-31 CR (HRH)<br><br>**DECLARATION OF COUNSEL** |

G. Blair McCune, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am the attorney assigned to represent the Defendant in the above-styled case. The facts set out in the Motion for Leave to File Supplement and Request to Set on a Status Hearing are true to the best of my knowledge.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: January 11, 2007.

             s/ G. Blair McCune
G. Blair McCune
Attorney for Defendant
425 G St., Suite 620
Anchorage, Alaska  99501-2137
Tel. (907) 644-8568
Fax (907) 644-9008
E-mail: mccune@gci.net
Alaska Bar No. 7906037