NELSON P. COHEN
United States Attorney

JAMES N. BARKELEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Tel: (907) 271-5071
Fax: (907) 271-1500
Email: jim.barkeley@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  3:02-cr-00103-HRH-JDR-31 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **NOTICE TO DISCONTINUE** |
| vs. | ) | **ELECTRONIC SERVICE** |
| | ) | |
| SANTO BATISTA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW Plaintiff United States of America, by and through Nelson P. Cohen, United States Attorney for the District of Alaska, and hereby requests the Court no longer electronically serve pleadings in the above-captioned case on James N. Barkeley, Assistant U.S. Attorney.  Assistant U.S. Attorney Thomas C.

Bradley is the lead attorney in this matter.

RESPECTFULLY submitted this 28th day of June, 2007, at Anchorage, Alaska.

        NELSON P. COHEN
        United States Attorney

        s/ James N. Barkeley
        JAMES N. BARKELEY
        Assistant U. S. Attorney
        Federal Building & U.S. Courthouse
        222 West 7th Ave., #9, Rm. 253
        Anchorage, AK 99513-7567
        Phone: (907) 271-5071
        Fax: (907) 271-1500
        E-mail: jim.barkeley@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on June 28, 2007
a copy of the foregoing NOTICE was served
electronically through ECF on:

Michael Dieni
mike_dieni@fpd.org

Joseph P. Josephson
jjosephson@aol.com

George Blair McCune
mccune@gci.net

s/Danielle Newberry
Legal Assistant