***AMENDED**
MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. SANTO BATISTA                CASE NO. 3:02-CR-00103-31-HRH
Defendant:  X Telephonic  X In Custody

BEFORE THE HONORABLE:      JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:     CHAD WILTS

UNITED STATES' ATTORNEY:   THOMAS BRADLEY

DEFENDANT'S ATTORNEY:      G. BLAIR MCCUNE

INTERPRETER:   CHANDLER THOMPSON           ( SPANISH )
 X  Telephonic Appearance                   (Language)

PROCEEDINGS: STATUS CONFERENCE HELD 7/02/2007:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 1:42p.m. court convened.

Court and counsel heard re the defendant's oral motion for leave to file defendant's declaration; **GRANTED**; Declaration provided to in-court deputy for filing.

At 1:56 p.m. court recessed until 2:02 p.m.

Court and counsel heard re the defendant's oral motion re evidentiary hearing; **GRANTED**; Evidentiary hearing set for **August 2, 2007 at 9:30 a.m.;** Court directed defense counsel to make * **arrangements** for defendant's telephonic participation at evidentiary hearing.

At 2:09 p.m. court adjourned.

**\* AMENDED**

DATE:        JULY 2, 2007      DEPUTY CLERK'S INITIALS:   clw

Revised 6-18-07