## MINUTES OF THE UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

UNITED STATES v. SANTOS A. BATISTA

*3:02-cr-00103-31-HRH-JDR*

### THE HONORABLE JOHN D. ROBERTS, United States Magistrate Judge
Jo Ann Mingo, Judicial Assistant - Magistrate Judge's Chambers

---

### MINUTE ORDER FROM CHAMBERS

### RE: Clarification of Record

For purposes of record keeping, Defendant's Motion [1248] for extension of time to file opening brief is granted nunc pro tunc to November 13, 2006. Defendant's opening brief was filed at Docket No. 1252. Defendant's Motion [1288] to File Supplement [defendant's declaration] was addressed as an oral motion and granted at the hearing on July 2, 2007. The declaration was filed in open court and appears at Docket No. 1308. An evidentiary hearing on the § 2255 motion is scheduled for August 2, 2007 at 9:30 a.m.

### Entered at the direction of the Honorable John D. Roberts, United States Magistrate Judge

July 27, 2007

Any request for other information or for clarification, modification, or reconsideration of this Order, or for extension of time must be made as a motion. See FED.R.CIV.P. 7(b)(1); D.Ak.LR. 7.1(1). No one should telephone, fax or write to chambers regarding pending cases. The magistrate judge's judicial assistant and/or law clerk are not permitted to discuss any aspect of this case, provide any information or communicate with any person including litigants, lawyers, witnesses and the public regarding cases.

T:\2007\07 CR\3-02-cr-00103-HRH-JDR BATISTA 2255 MO Re Clarification @1248 & 1288.wpd