```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

U.S.A. vs.   SANTO BATISTA          CASE NO. 3:02-CR-00103-31-HRH
Defendant:   X Present TELEPHONIC   X  In Custody

BEFORE THE HONORABLE:              JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:             SAMANTHA LARK

UNITED STATES' ATTORNEY:           THOMAS BRADLEY

DEFENDANT'S ATTORNEY:              G. BLAIR MCCUNE

INTERPRETER:   CHANDLER THOMPSON             ( SPANISH  )
 X Telephonic Appearance                      (Language)

PROCEEDINGS: EVIDENTIARY HEARING ON MOTION TO VACATE UNDER
             28:2255 (DKT 1185) HELD 08/02/2007:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:35 a.m. court convened.

Hugh Fleischer sworn and testified on behalf of the defendant.

Santo Angel Batista sworn and testified on behalf of the
defendant.

At 10:56 a.m.  court recessed until 11:02 a.m.

Closing arguments heard.

Court heard; This matter **TAKEN UNDER ADVISEMENT**, written ruling
to issue.

Court and counsel heard re Proposed Change of Plea, Imposition of
Sentence transcripts and Pro Se appeal.

Court directed the clerk to order an expedited transcript of this
hearing.

At 11:17 a.m. court adjourned.

List of Witnesses to be filed separately.


DATE: August 2, 2007            DEPUTY CLERK'S INITIALS: sal

Revised 6-18-07