## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>  vs.<br>SANTO BATISTA,<br><br>    Defendant. | 3:02-cr-00103-31-HRH-JDR<br><br>**FINAL<br>RECOMMENDATION<br>REGARDING<br>MOTION TO VACATE<br>(§ 2255)**<br>(Docket Nos. 1185, 1205) |

    In a recommendation filed August 29, 2007 at Docket No. 1323, I advised that defendant Batista's Motion to Vacate be denied. The defendant timely filed objections at Docket No. 1326. The government did not file a reply. After careful review of the objections, I decline to modify the original recommendation. The objections present no new arguments or authority in support of the motion to vacate. Batista's objections regarding the magistrate judge's factual findings deserve a brief comment. The Recommendation did not find Mr. Fleischer "had no recollection of what occurred in the small room after sentencing." Fleischer did not recall Batista indicating that he wanted to appeal and based on his experience he would have filed a notice of appeal notwithstanding the waiver of the right to appeal in the plea agreement had his client so indicated. Based upon Fleischer's

experience in handling federal criminal cases he knew that any desire by defendant to take an appeal was an important matter that he would have acted upon immediately. For all the reasons stated in the Recommendation the motion to vacate should be denied. Accordingly, this matter will be forwarded to the assigned district judge for determination.

DATED this 25th day of September, 2007, at Anchorage, Alaska.

   /s/ John D. Roberts  
JOHN D. ROBERTS  
United States Magistrate Judge