

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,
      Plaintiff,

                                 Case Number 3:05-cv-00242-HRH
v.                                [3:02-cr-00103-31-HRH]

SANTO BATISTA,
      Defendant.             **JUDGMENT IN A CIVIL CASE**


___    **JURY VERDICT.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.


_X_    **DECISION BY COURT.**  This action came to trial or hearing before the court.  The issues have been tried or heard and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED:

      THAT defendant's application for post-conviction relief [28 U.S.C. 2255] is dismissed.


APPROVED:

**REDACTED SIGNATURE**
_____
H. Russel Holland
United States District Judge

10/23/07
Date

                                                      Ida Romack
                                                   Clerk of Court


                                                   Pam Richter
                                               (By) Deputy Clerk


[302cr103-31HRH-Batista 2255 judgment.wpd]