IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                                          )<br>                          Plaintiff,   )<br>                                                          )<br>         vs.                                       )<br>                                                          )<br>SANTO BATISTA,                       )<br>                                                          )<br>                          Defendant. )<br>_____ ) | Case No. 3:02-cr-00103-31 HRH-JDR<br><br>**PROPOSED ORDER GRANTING<br>MOTION FOR CERTIFICATE<br>OF APPEALABILITY** |

Based on the Defendant's Motion for Certificate of Appealability and this Court being fully advised

IT IS HEREBY ORDERED that Defendant's Motion is GRANTED. A certificate of appealability is issued on the ground of ineffective assistance of counsel for failing to file a notice of appeal.

DATED AND ENTERED this ____ day of _____, 2007.

_____
Hon. H. Russel Holland
United States District Judge