# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

TRANSCRIPT DESIGNATION FORM



RECEIVED

NOV 2 0 2007

**CLERK, U.S. DISTRICT COURT**
**ANCHORAGE, A.K.**

U.S. Court of Appeals #_____ U.S. District Court #3:02-cr-00103-31-HRH

Short Case Title UNITED STATES V. SANTO BATISTA

Date Notice of Appeal Filed by Clerk of District Court October 30, 2007

**Section A - To Be completed by Party Ordering Transcript**

| HEARING DATE | COURT REPORTER | PROCEEDINGS |
|---|---|---|
| | | VOIR DIRE |
| | | OPENING STATEMENTS |
| NO TRANSCRIPT DESIGNATED | | SETTLEMENT INSTRUCTIONS |
| - PROCEEDINGS ALREADY TRANSCRIBED | | CLOSING ARGUMENTS |
| | | JURY INSTRUCTIONS |
| | | PRE-TRIAL PROCEEDINGS |
| | | OTHER |

**(Attach Additional Page for Designations if Necessary)**

(  ) As retained counsel I have designated the portion(s) of transcript(s) and will notify all counsel of this intention. As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order. *I have attached a completed AO-435, Transcript Order Form, to this designation for purposes of ordering the transcript(s)*.

(  ) I have designated the portion(s) of transcript(s) and will notify all counsel of this intention. The transcripts have previously been produced and are already on file with the court.

(X) I do not intend to designate any portion of the transcript and will notify counsel of this intention.

(  ) As appointed counsel I certify that an appropriate order, i.e., CJA-24, authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the Court. I agree to recommend payment for work done prior to cancellation of this order.

Date Transcript Ordered _____ Estimated Date for Completion _____

Signature of Attorney G. Blair McCune     Phone Number (907) 644-8568

Address G. BLAIR McCUNE, ATTORNEY AT LAW, 425 G ST., STE 620
        ANCHORAGE, AK 99501

**Section B - To Be Completed by Court Reporter**

I, _____, have received this designation.
        (Signature of Court Reporter)

(  ) Arrangements for payment were made on _____

(  ) Arrangements for payment have not been made pursuant to FRAP 10(b).

        Approximate Number of Pages _____ Due Date _____

**Section C - To Be Completed by Court Reporter**

        Date Transcript Filed _____ Court Reporter's Signature _____

(Trscrpt.des)

USDCA - Form 46 (revised 10/04)